IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL ESPINOZA, JR., <br> TDCJ-CID NO.1209734, <br><br> Petitioner, <br> v. <br><br> DOUG DRETKE, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-05-3382 |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on this 18th day of Octobe,r 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE